UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARL BAYARD JOHNSTON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) | 3:97-CV-01941 (PCD) |
| | ) | |
| PATENT ENFORCEMENT FUND, INC. | ) | |
| | ) | |
| Defendant. | ) | December 14, 2020 |

**ORDER REGARDING SETTLEMENT PROCEEDS**

This Court previously entered an Order approving a settlement agreement between Evans Cooling Systems, Inc. ("ECS") and Patent Enforcement Fund, Inc. ("PEF") whereby an agreed percentage of any recovery obtained by ECS in a then pending action in Connecticut Superior Court captioned John W. Evans, et al. v. General Motors Corp., Docket No. X06-CV94-0156090S ("the Lawsuit") would be paid to PEF. ECS and PEF have notified the Court that the Lawsuit has been settled pursuant to a Settlement Agreement ("Agreement"), that ECS is holding funds from the settlement of the Lawsuit in escrow for the benefit of PEF, and that the amount of the settlement payment and the amount held in escrow for PEF are subject to certain confidentiality provisions of the Agreement.

Accordingly, it is hereby ORDERED that within ten (10) days following the date of this Order, ECS shall disclose to the Receiver for PEF the amount being held in escrow for PEF, and ECS shall make arrangements to transfer the funds to said Receiver, Edward Scofield, to be held in trust for PEF.

It is further ORDERED that information regarding the amount of the settlement paid to ECS in the Lawsuit and the amount held by in escrow by ECS for the benefit of PEF will be

disclosed only as required for distribution of the proceeds by PEF's Receiver to claimants on the funds, and that the amount of the settlement payment or the amount held by ECS for PEF will not be otherwise publicized or disseminated.

It is further ORDERED that the Receiver for PEF will take all reasonable steps to require claimants to maintain the confidentiality of the amount of the settlement payment to ECS, the amount held in escrow for PEF and the amount paid to the claimant.

Dated at Bridgeport, Connecticut this 14th day of December 2020.

_____/s/_____
William I. Garfinkel
United States Magistrate Judge